| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | KIMBERLY A. SANCHEZ<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE CORREA-RIVERA,<br><br>Defendant. | CASE NO. 1:13-CR-00256 LJO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Steven Crawford, attorney for the defendant, that the status conference set for December 9, 2013 at 8:30 am before the Honorable Lawrence J. O'Neill be continued to December 16, 2013 at 8:30 a.m. The reason for the request is because undersigned counsel has been summoned for jury duty in the Fresno County Superior Court commencing on December 9, 2013.

///
///
///
///
///
///

U.S. v. Correa-Rivera Stipulation

1

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: November 22, 2013

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By  /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: November 22, 2013

/s/ Steven Crawford
STEVEN CRAWFORD
Attorney for Jose Correa-Rivera

IT IS SO ORDERED.

Dated:  **November 25, 2013**       **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE